**Fill in this information to identify your case:**

Debtor 1    Jonathan Mark Flanary
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of South Carolina

Case number   23-01322
_____
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................ | $ 739,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................... | $ 214,461.60 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................... | $ 953,461.60 |

### Part 2: Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 363,784.50 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ | $ 60,709.60 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. | + $ 1,262,712.19 |
| **Your total liabilities** | $ 1,687,206.29 |

### Part 3: Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ............................................................................... | $ 9,423.47 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ...................................................................................... | $ 7,205.34 |

| Debtor 1 | Jonathan Flanary | | | Case number *(if known)* | 23-01322 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 1,995.00

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 6,622.64 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 51,737.96 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 7,573.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 65,933.60 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Jonathan Mark Flanary
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  District of South
Carolina

Case number    23-01322
(if know)

☐ Check if this is
  an amended
  filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
    ☐ No. Go to Part 2
    ☑ Yes. Where is the property?

1.1  1232 Kruger Ave.
     Street address, if available, or other description

     _____

     Charleston SC      29407

     City          State      ZIP Code

     Calhoun County

     County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
TMS#349-03-00-089 (The debtor purchased this home for $225,000.00 in 2006. The debtor is informed and believes if he were to sell this property he could receive approximately $389,000.00 based on the current housing market.) Tax Assessment Value $229,700.00

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 389,000.00

**Current value of the portion you own?**
$ 389,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ Check if this is community property

Debtor 1    Jonathan Mark Flanary    Case number (if known) 23-01322
First Name    Middle Name    Last Name

| 1.2 | 1609 Diddy Dr. | | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims in *Schedule D: Creditors Who Have Claims Secured by Property:* |
|---|---|---|---|---|

1.2  1609 Diddy Dr.
Street address, if available, or other description

Mount Pleasant SC    29464
City    State    ZIP Code

Charleston County
County

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other_____

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

TMS#560-12-00-145 (The debtor's father Edward R Flanary Jr. purchased this home for $857,500.00 in October 2018. In December 2018 Edward Flanary Jr. executed a quit-claim deed and transferred 25% interest to the debtor. The debtor is informed and believes the property could be sold for approximately $1,400,000.00, based on the current housing market.) Tax Assessment Value $857,000.00 (This property is subject to a mortgage held by US Bank in Edward Flanary's name only. Total balance owed: $556,108.48 )

Do not deduct secured claims or exemptions. Put the amount of any secured claims in *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 1,400,000.00

**Current value of the portion you own?**
$ 350,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Joint tenant

- [ ] Check if this is community property

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...................................................................................➤    $ 739,000.00

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- [ ] No
- [x] Yes

3.1  Make: Ford
Model: F350
Year:    2022
Approximate mileage:    31,500
Other information:
Condition:Good; VIN: 1FT8W3BN4NEC55305;

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 56,325.00

**Current value of the portion you own?**
$ 56,325.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- [ ] No
- [x] Yes

4.1  Make: Sea Hunt
Model: Ultra 234
Year:    2021
Other information:
Condition:Good; Included 2020 Yamaha F250XC Outboard Motor(Surrender);

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 68,815.00

**Current value of the portion you own?**
$ 68,815.00

Debtor 1    Jonathan Mark Flanary
            First Name    Middle Name    Last Name

Case number *(if known)* 23-01322

| 4.2 | Make: Rhodan Marine Trolling Motor | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:* |
|---|---|---|---|

Model: _____

Year: _____

Other information:

Condition:Good;

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?**
$ 3,500.00

**Current value of the portion you own?**
$ 3,500.00

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................................................................................► $128,640.00

---

**Part 3:**  **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**

6.  **Household goods and furnishings**

Do not deduct secured claims or exemptions.

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe...

| Kitchenware<br>Stove<br>Refrigerator<br>Washing Machine<br>Dryer<br>Living Room Furniture<br>Bedroom Furniture<br>Dining Room Furniture<br>Lawn Furniture<br>Lawn Mower<br>Yard Tools | $ 2,175.00 |
|---|---|

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

| 3 Televisions ($250)<br>MacBook Air ($200)<br>HP Printer ($25)<br>iPhone 14 ($600)<br>iPad ($50)<br>Apple Watch ($300) | $ 1,425.00 |
|---|---|

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe...

| Household Décor | $ 50.00 |
|---|---|

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe...

10.  **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe...

| Glock Handgun ($200)<br>Benelli Ethos 12 Gauge Shotgun ($1000) | $ 1,200.00 |
|---|---|

Debtor 1 <u>Jonathan Mark Flanary</u>
First Name   Middle Name   Last Name

Case number *(if known)* <u>23-01322</u>

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Clothing and Personal Items | $ 800.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
gold, silver

☐ No
☑ Yes. Describe...

| The debtor does not own any jewelry. | $ 0.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages
you have attached for Part 3. Write that number here**..........................................................................➤ | $5,650.00 |

---

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.............................................................................................................................   Cash ........................... $ 30.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................    Institution name:

| 17.1. Checking account: | South State Bank Acct: #5887 HSA Family Account (This account currently has a zero balance.) | $ 0.00 |
| 17.2. Checking account: | Chime Credit Builder Acct: # (This account currently has a zero balance.) | $ 0.00 |
| 17.3. Checking account: | Chase Bank Acct: #8519 | $ 865.52 |
| 17.4. Checking account: | Chime Checking Acct: #8327 | $ 1,995.00 |
| 17.5. Checking account: | Greenlight Account: For minor daughter ( This account currently has a zero balance.) | $ 0.00 |
| 17.6. Checking account: | Greenlight Account: For minor son | $ 11.71 |
| 17.7. Other financial account: | Venmo (This account currently has a balance of zero. The debtor only uses it to transfer money.) | $ 0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes..................

Institution or issuer name:

| Bitcoin through Venmo | $ 32.60 |

Debtor 1   Jonathan Mark Flanary
_First Name_   _Middle Name_   _Last Name_

Case number*(if known)* _23-01322_

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| Sadies Fabic Empire, LLC (ASSETS: Inventory $23,959 Cash: $0 Bank Account: $4,957.24 Fixtures: $0 Equipment: $5,000 Website: $1.00 Goodwill: $20,000 Total Assets: $53,917.24 LIABILITIES: Accounts Payable: $1,078.10 Commissions Owed: $1,876.10 American Express: $1,840.35 Total Liabilities: $4,794.55) | 50 % | $ 49,122.69 |
| Woven Provisions, LLC (CLOSED) Mr. Flanary started this business in name only. It did not operate and had no assets. | 50 % | $ 0.00 |
| Luxury Flooring, LLC (Assets: Inventory $0 Cash: $0 Bank Account: $8,347.22 Fixtures: $0 Forklift: $12,000 Goodwill: $10,000 Total Assets: $30,347.22 LIABILITIES: Accounts Payable: $0.00 South State Bank Forklift Loan: $12,265.62 Total Liabilities: $12,265.62) | 50 % | $ 18,081.60 |
| Aiden Fabrics, LLC (CLOSED 10/16/2022) (ASSETS: Inventory $20,000 Cash: $0 Bank Account: $8.52 Fixtures: $500 Equipment: $5,000 Website: $1.00 Goodwill: $5,000 Total Assets: $25,509.52 LIABILITIES: Accounts Payable: $203,160.89 On Deck Loan: $119,822.80 ACF Group Loan / Funding Metrics: $202,992.72 Credit Card Balances: $132,989.32 SBA Loan: $150,000 Intuit/ QuickBooks Payable: $102,000 SC DEPT of Revenue Sales & Use Tax Owed: $63,747.10 Back Rent Owed to EF Enterprises: $92,000 Loans Owed to Shareholder: $75,432.10 Total Liabilities: $1,142,144.93) | 50 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1   Jonathan Mark Flanary                                                    Case number (if known) 23-01322
          First Name    Middle Name    Last Name

**28. Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| | |
|---|---|
| No Anticipated 2022 Federal or State Tax Refunds. The debtor owes Federal and State tax liabilities. | Federal:   $ 0.00<br>State:    $ 0.00<br>Local:    $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information....

31. **Interests in insurance policies**

☐ No

☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| North Western Mutual Whole Life Insurance Policy, Policy no. 5336; Effective Date: 10/11/2012 ( This policy insures the life of the debtor's minor daughter) | Self- Jonathan Flanary | $ 2,130.28 |
| North Western Mutual Term Life Insurance Policy, Policy no. 5336; Effective Date: 10/11/2012 | Estranged Wife- Allison Flanary | $ 1.00 |
| North Western Mutual Term Life Insurance Policy, Policy no. 2940; Effective Date: 5/16/2016 ( This policy insures the life of the debtor's estranged wife Allison Flanary) | Self- Jonathan Flanary | $ 1.00 |
| North Western Mutual Whole Life Insurance Policy, Policy no. 6713; Effective Date: 10/20/2010; Cash Surrender Value | Estranged Wife- Allison Flanary | $ 3,138.16 |
| North Western Mutual Whole Life Insurance Policy, Policy no. 4961; Effective Date: 03/20/2005 | Estranged Wife- Allison Flanary | $ 1.00 |
| North Western Mutual Whole Life Insurance Policy, Policy no. 9211; Effective Date: 04/08/2016; Cash Surrender Value (This policy insures the life of the debtor's minor son) | Self- Jonathan Flanary | $ 2,378.04 |
| North Western Mutual Whole Life Insurance Policy, Policy no. 9220; Effective Date: 04/08/2016; Cash Surrender Value (This policy insures the life of the debtor's minor daughter) | Self- Jonathan Flanary | $ 2,380.00 |
| North Western Mutual Term Life Insurance Policy, Policy no. 3883; Effective Date: 11/18/2015 ( This policy insures the life of the debtor's estranged wife Allison Flanary) | Self- Jonathan Flanary | $ 1.00 |
| North Western Mutual Term Life Insurance Policy, Policy no. 3345; Effective Date: 01/11/2016 | Estranged Wife- Allison Flanary | $ 1.00 |

32. **Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☑ Yes. Give specific information....

| | |
|---|---|
| Fraud Claim against Allison Flanary | $ 1.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information...

Debtor 1    Jonathan Mark Flanary
First Name    Middle Name    Last Name

Case number *(if known)* 23-01322

---

36.  **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................➤  | $ 80,171.60 |

## Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

## Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information...

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** .................................................➤   | $ 0.00 |

## Part 8:    List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**....................................................................................................................➤   | $ 739,000.00 |

56.  **Part 2: Total vehicles, line 5**    $ 128,640.00

57.  **Part 3: Total personal and household items, line 15**    $ 5,650.00

58.  **Part 4: Total financial assets, line 36**    $ 80,171.60

59.  **Part 5: Total business-related property, line 45**    $ 0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61.  **Part 7: Total other property not listed, line 54**    + $ 0.00

62.  **Total personal property. Add lines 56 through 61** ...................   | $ 214,461.60 |    Copy personal property total➤    | + $ 214,461.60 |

63.  **Total of all property on Schedule A/B. Add line 55 + line 62**    | $ 953,461.60 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jonathan Mark Flanary |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | District of South Carolina |
| Case number | 23-01322 |
| (If known) | |

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1232 Kruger Ave.<br>Line from *Schedule A/B*: 1.1 | $ 389,000.00 | ☑ $ 60,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(1) |
| Brief description: 2022 Ford F350<br>Line from *Schedule A/B*: 3.1 | $ 56,325.00 | ☑ $ 6,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(2) |
| Brief description: Household Goods - Kitchenware Stove Refrigerator Washing Machine Dryer<br>Line from *Schedule A/B*: 6 | $ 2,175.00 | ☑ $ 2,175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(3) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Debtor
**Jonathan Mark Flanary**
First Name    Middle Name    Last Name

Case number *(if known)* 23-01322

---

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics - 3 Televisions ($250) MacBook Air ($200) HP Printer ($25) iPhone 14 ($600) iPad ($50) Line from *Schedule A/B:* 7 | $ 1,425.00 | ☑ $ 1,425.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(3) |
| Brief description: Collectibles Of Value - Household Décor Line from *Schedule A/B:* 8 | $50.00 | ☑ $ 50.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(3) |
| Brief description: Firearms - Glock Handgun ($200) Benelli Ethos 12 Gauge Shotgun ($1000) Line from *Schedule A/B:* 10 | $ 1,200.00 | ☑ $ 1,200.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(15) |
| Brief description: Clothing - Clothing and Personal Items Line from *Schedule A/B:* 11 | $ 800.00 | ☑ $ 800.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(3) |
| Brief description: Chime Checking Acct: #8327 (Checking Account) Line from *Schedule A/B:* 17.4 | $ 1,995.00 | ☑ $ 925.00 ☐ 100% of fair market value, up to any applicable statutory limit | SC Code Section 15-41-30(A)(7) Wildcard exemption funded by unused portion of household items exemption 15-41-30(A)(3) |
| Brief description: Bitcoin through Venmo Line from *Schedule A/B:* 18 | $ 32.60 | ☑ $ 32.60 ☐ 100% of fair market value, up to any applicable statutory limit | SC Code Section 15-41-30(A)(7) Wildcard exemption funded by unused portion of household items exemption 15-41-30(A)(3) |
| Brief description: North Western Mutual Whole Life Insurance Policy, Policy no. 5336; Effective Date: 10/11/2012 ( This policy insures the life of the debtor's minor daughter) Line from *Schedule A/B:* 31 | $ 2,130.28 | ☑ $ 2,130.28 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(8) |
| Brief description: North Western Mutual Term Life Insurance Policy, Policy no. 5336; Effective Date: 10/11/2012 Line from *Schedule A/B:* 31 | $ 1.00 | ☑ $ 1.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(8) |
| Brief description: North Western Mutual Term Life Insurance Policy, Policy no. 2940; Effective Date: 5/16/2016 ( This policy insures the life of the debtor's estranged wife Allison Flanary) Line from *Schedule A/B:* 31 | $ 1.00 | ☑ $ 1.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(8) |
| Brief description: North Western Mutual Whole Life Insurance Policy, Policy no. 6713; Effective Date: 10/20/2010; Cash Surrender Value Line from *Schedule A/B:* 31 | $ 3,138.16 | ☑ $ 3,138.16 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(8) |
| Brief description: North Western Mutual Term Life Insurance Policy, Policy no. 4961; Effective Date: 03/20/2005 Line from *Schedule A/B:* 31 | $ 1.00 | ☑ $ 1.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(8) |
| Brief description: North Western Mutual Whole Life Insurance Policy, Policy no. 9211; Effective Date: 04/08/2016; Cash Surrender Value (This policy insures the life of the debtor's minor son) Line from *Schedule A/B:* 31 | $ 2,378.04 | ☑ $ 2,378.04 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(8) |

Debtor   Jonathan Mark Flanary
First Name   Middle Name   Last Name

Case number (if known)   23-01322

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: North Western Mutual Whole Life Insurance Policy, Policy no. 9220; Effective Date: 04/08/2016; Cash Surrender Value (This policy insures the life of the debtor's minor daughter) Line from *Schedule A/B*: 31 | $ 2,380.00 | ☑ $ 2,380.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(8) |
| Brief description: North Western Mutual Term Life Insurance Policy, Policy no. 3883; Effective Date: 11/18/2015 ( This policy insures the life of the debtor's estranged wife Allison Flanary) Line from *Schedule A/B*: 31 | $ 1.00 | ☑ $ 1.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(8) |
| Brief description: North Western Mutual Term Life Insurance Policy, Policy no. 3345; Effective Date: 01/11/2016 Line from *Schedule A/B*: 31 | $ 1.00 | ☑ $ 1.00 ☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30 (A)(8) |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |

| Fill in this information to identify your case: |
|---|

Debtor 1    Jonathan Mark Flanary
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of South Carolina

Case number      23-01322
(if know)      _____

☐ Check if this is
an amended
filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|

**2.1**

Bank of America
_____
Creditor's Name

PO Box 982238
_____
Number          Street

El Paso TX      79998-2238
_____
City          State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ 85,069.50    $ 389,000.00    $ 0.00

1232 Kruger Ave., Charleston, SC 29407 - $389,000.00 1609 Diddy Dr. Mount Pleasant, SC 29464-Judgment entered 5/14/2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 0512

**2.2**

Describe the property that secures the claim:    $ 25,247.92    $ 389,000.00    $ 0.00

Bank of America
Creditor's Name

PO Box 982238
Number        Street

El Paso TX    79998-2238
City    State    ZIP Code

1232 Kruger Ave., Charleston, SC 29407 - $389,000.00 (Est. Arrearage $458.43.)

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    HELOC/ 2nd Mortgage

Date debt was incurred    10-31-2007

Last 4 digits of account number 0663

---

**2.3**

Describe the property that secures the claim:    $ 5,546.55    $ 389,000.00    $ 0.00

Discover Financial
Creditor's Name

Attn: Bankruptcy
Number        Street

PO Box 3025

New Albany OH    43054
City    State    ZIP Code

1232 Kruger Ave., Charleston, SC 29407 - $389,000.00 1609 Diddy Dr. Mount Pleasant, SC 29464- Judgment entered 9/25/2013

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    6/18/12

Last 4 digits of account number 0775

---

**2.4**

Describe the property that secures the claim:    $ 132,975.61    $ 389,000.00    $ 0.00

PHH Mortgage Services
Creditor's Name

1661 Worthington Road
Number        Street

Suite 100

West Palm Beach FL    33409
City    State    ZIP Code

1232 Kruger Ave., Charleston, SC 29407 - $389,000.00 Mortgage ( Est. Arrearage $1,113.29)

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Mortgage

Date debt was incurred    10-27-2006

Last 4 digits of account number 9443

**2.5**

Describe the property that secures the claim: $ 6,665.76    $ 6,665.76    $ 0.00

**SC Department of Revenue**
Creditor's Name

**Office of the General Counsel Bankruptcy Section**
Number    Street

**300A Outlet Pointe Blvd**

**Columbia SC    29210-5666**
City    State    ZIP Code

All Real and Personal Property - $6,665.76

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** _____

---

**2.6**

Describe the property that secures the claim: $ 67,801.58    $ 68,815.00    $ 0.00

**South State Bank N.A.**
Creditor's Name

**P.O. Box 6335**
Number    Street

**Fargo ND    58125**
City    State    ZIP Code

2021 Sea Hunt Ultra 234 - $68,815.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  PMSI _____

**Last 4 digits of account number** 1283

---

**2.7**

Describe the property that secures the claim: $ 40,477.58    $ 56,325.00    $ 0.00

**South State Bank N.A.**
Creditor's Name

**P.O. Box 6335**
Number    Street

**Fargo ND    58125**
City    State    ZIP Code

2022 Ford F350 - $56,325.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  09-30-2021

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  PMSI<910 _____

**Last 4 digits of account number** 7720

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 363,784.50

---

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have

**additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

| | |
|---|---|
| Christopher J. Neeson, Esq. | On which line in Part 1 did you enter the creditor? 2.1 ___ |
| Creditor's Name | Last 4 digits of account number ___ |
| P.O. Box 90260 | |
| Number        Street | |
| Indianapolis IN        46290 | |
| City        State    ZIP Code | |

| | |
|---|---|
| Susan B. Shaw, Esq. | On which line in Part 1 did you enter the creditor? 2.1 ___ |
| Creditor's Name | Last 4 digits of account number ___ |
| 945 Paces Ferry Rd., Suite 2750 | |
| Number        Street | |
| Atlanta GA        30326 | |
| City        State    ZIP Code | |

| | |
|---|---|
| Trace M. Dillon Esq. | On which line in Part 1 did you enter the creditor? 2.3 ___ |
| Creditor's Name | Last 4 digits of account number ___ |
| The Dillon Law Firm P.C. | |
| Number        Street | |
| P.O. Box 1850 | |
| Tallevast FL        34270 | |
| City        State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1        Jonathan Mark Flanary
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  District of South Carolina

Case number    23-01322
(if know)

☐ Check if this is
an amended
filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Allison M. Flanary
Priority Creditor's Name

1609 Diddy Dr.
Number        Street
Mount Pleasant SC    29464
City        State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**  Phone Number: 843-830-5396

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim $ 6,622.64    Priority amount $ 6,622.64    Nonpriority amount $ 0.00

| 2.2 | | | | |
|---|---|---|---|---|

Charleston County Delinquent Tax
_____
**Priority Creditor's Name**

4045 Bridgeview Dr.
_____
Number    Street

North Charleston SC    29405
_____
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____
**When was the debt incurred?**    2022 Property Taxes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

$ 3,222.78    $ 3,222.78    $ 0.00

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page | | | |
|---|---|---|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|

### 2.3

Charleston County Family Court
Priority Creditor's Name

100 Broad Street
Number    Street

Suite 143

Charleston SC    29401
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  Notice Only

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 0.00    $ 0.00    $ 0.00

### 2.4

Charleston County Treasurer
Priority Creditor's Name

4045 Bridgeview Drive
Number    Street

North Charleston SC    29405
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  Notice Only

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 0.00    $ 0.00    $ 0.00

### 2.5

Internal Revenue Service
Priority Creditor's Name

Centralized Insolvency Operations
Number    Street

PO Box 7346

Philadelphia PA    19101-7346
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 0.00    $ 0.00    $ 0.00

| 2.6 | Meredith Law Firm, LLC | Last 4 digits of account number ___ ___ ___ ___ | $ 2,349.00 | $ 2,349.00 | $ 0.00 |
|---|---|---|---|---|---|

**2.6**

Meredith Law Firm, LLC
Priority Creditor's Name

4000 Faber Place Drive
Number            Street

Suite 120

North Charleston SC        29405
City            State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other. Specify  Attorney Fees

$ 2,349.00    $ 2,349.00    $ 0.00

---

**2.7**

South Carolina Department of Revenue
Priority Creditor's Name

Office of the General Counsel- Bankruptcy Section
Number            Street

300A Outlet Pointe Blvd

Columbia SC        29210-5666
City            State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** Sales and Use Tax

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 48,515.18    $ 48,515.18    $ 0.00

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**
- [ ] No. You have nothing else to report in this part. Submit to the court with your other schedules.
- [x] Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | ABC/Amega | Last 4 digits of account number _ _ _ _ | $ 1,285.71 |

**4.1** ABC/Amega
Nonpriority Creditor's Name

500 Seneca St. Suite 503
Number          Street
Buffalo NY          14204
City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _ _ _ _

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 1,285.71

---

**4.2** Abercrombia Textiles
Nonpriority Creditor's Name

3400 US 211A
Number          Street
Cliffside NC          28024
City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _ _ _ _

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 91.08

---

**4.3** Aff Group
Nonpriority Creditor's Name

101 Groce Rd.
Number          Street
Lyman SC          29365
City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _ _ _ _

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 3,130.53

| 4.4 | A.G. Adjustments, LTD | Last 4 digits of account number ____ | $ 2,013.37 |

**A.G. Adjustments, LTD**
Nonpriority Creditor's Name

740 Walt Whitman Rd.
Number        Street
Melville NY    11747
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 2,013.37

---

| 4.5 | Allison Flanary | | $ 302,856.55 |

**Allison Flanary**
Nonpriority Creditor's Name

1609 Diddy Dr.
Number        Street
Mount Pleasant SC    29464
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Dischargeable Property Settlement

$ 302,856.55

---

| 4.6 | Altus Receivables Management | | $ 1,084.13 |

**Altus Receivables Management**
Nonpriority Creditor's Name

2121 Airline Dr., Suite 520
Number        Street
Metairie LA    70002
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 1,084.13

| 4.7 | American Custom Finishing | Last 4 digits of account number ____ | $ 141.65 |

**American Custom Finishing**
Nonpriority Creditor's Name

2830 US Hwy 70 SE.
Number          Street
Hickory NC    28603
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 141.65

---

| 4.8 | American Express | Last 4 digits of account number  3143 | $ 13,676.00 |

**American Express**
Nonpriority Creditor's Name

PO Box 981540
Number          Street
El Paso TX    79998
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  3143

**When was the debt incurred?** 07-07-2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Unsecured Credit Card

$ 13,676.00

---

| 4.9 | Bella Home Furnishings | Last 4 digits of account number ____ | $ 466.84 |

**Bella Home Furnishings**
Nonpriority Creditor's Name

115 W Willis St.
Number          Street
Prescott AZ    86301
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 466.84

| 4.10 | Belle Maison | | Last 4 digits of account number _____ | | $ 1,098.07 |
|---|---|---|---|---|---|

**Belle Maison**
Nonpriority Creditor's Name

89-50 127th Street
Number        Street

Richmond Hill NY    11418
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 1,098.07

---

| 4.11 | Capris Furniture | | | | $ 1,560.00 |
|---|---|---|---|---|---|

**Capris Furniture**
Nonpriority Creditor's Name

1401 NW 27th Ave.
Number        Street

Ocala FL    34475
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 1,560.00

---

| 4.12 | Charlotte Fabrics | | | | $ 676.87 |
|---|---|---|---|---|---|

**Charlotte Fabrics**
Nonpriority Creditor's Name

3101 Louisiana Ave. N
Number        Street

Minneapolis MN    55427
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Collection Agency

$ 676.87

| 4.13 | Classical Elements, LLC | Last 4 digits of account number ___ ___ ___ ___ | $ 154.72 |

**4.13**

Classical Elements, LLC
Nonpriority Creditor's Name

P.O. Box 1189
Number         Street
High Point NC    27261
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 154.72

---

**4.14**

Covington Fabrics & Design, LLC
Nonpriority Creditor's Name

P.O. Box 603467
Number         Street
Charlotte NC    28260
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 3,671.92

---

**4.15**

Credit International Corporation
Nonpriority Creditor's Name

P.O. Box 1268
Number         Street
Bothell WA    98041
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 4287

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 101,841.44

| 4.16 | **Credit International Corporation** | **Last 4 digits of account number** _____ | $ 58,827.68 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

P.O. Box 1268

Number     Street

Bothell WA    98041

City     State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   notice only - potential liability for business debt

---

| 4.17 | **Crypton Inc.** | **Last 4 digits of account number** _____ | $ 5,353.76 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

513 Crypton Dr.

Number     Street

Kings Mountain NC    28086

City     State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   notice only - potential liability for business debt

---

| 4.18 | **Curio Brands** | **Last 4 digits of account number** _____ | $ 10.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

1010 Lynn Ln. #3963

Number     Street

Starkville MS    39759

City     State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   notice only - potential liability for business debt

**4.19** | Department of Education/Aidvantage

Nonpriority Creditor's Name

PO Box 9635

Number          Street

Wilkes Barre PA          18773

City          State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 1115

**When was the debt incurred?** 08-17-2010

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Notice Only-Educational (The debtor understands this debt is non-dischargeable within this bankruptcy case.)

$ 6,608.00

---

**4.20** | Department of Education/Aidvantage

Nonpriority Creditor's Name

PO Box 9635

Number          Street

Wilkes Barre PA          18773

City          State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 1115

**When was the debt incurred?** 08-15-2011

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

$ 7,573.00

---

**4.21** | Department of Education/Aidvantage

Nonpriority Creditor's Name

PO Box 9635

Number          Street

Wilkes Barre PA          18773

City          State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 1115

**When was the debt incurred?** 08-15-2011

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Notice Only-Educational (The debtor understands this debt is non-dischargeable within this bankruptcy case.)

$ 1,377.00

| 4.22 | Department of Education/Aidvantage | Last 4 digits of account number  1115 | $ 2,203.00 |

**Nonpriority Creditor's Name**

PO Box 9635

Number    Street

Wilkes Barre PA    18773

City    State    ZIP Code

**When was the debt incurred?**  08-15-2011

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Notice Only-Educational (The debtor understands this debt is non-dischargeable within this bankruptcy case.)

---

| 4.23 | Department of Education/Aidvantage | Last 4 digits of account number  1115 | $ 5,808.00 |

**Nonpriority Creditor's Name**

PO Box 9635

Number    Street

Wilkes Barre PA    18773

City    State    ZIP Code

**When was the debt incurred?**  08-17-2010

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Notice Only-Educational (The debtor understands this debt is non-dischargeable within this bankruptcy case.)

---

| 4.24 | Distinctive Delivery Service, LLC | Last 4 digits of account number | $ 270.00 |

**Nonpriority Creditor's Name**

1811 Indigo Market Dr. Suite 205

Number    Street

Mount Pleasant SC    29464

City    State    ZIP Code

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

| 4.25 | Dominion Energy |
|---|---|

Nonpriority Creditor's Name

PO Box 100255

Number          Street
Columbia SC          29202

City        State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 343.21

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.26 | Dovetail Furniture |
|---|---|

Nonpriority Creditor's Name

14000 S. Figueroa St.

Number          Street
Los Angeles CA          90061

City        State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 3,694.60

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.27 | Drapery Boutique, Inc |
|---|---|

Nonpriority Creditor's Name

211 Johnson St.

Number          Street
Haw River NC          27258

City        State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 2,925.00

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

| 4.28 | Eastern Accents | | Last 4 digits of account number _____ | $ 1,062.00 |

**4.28**

Eastern Accents
Nonpriority Creditor's Name

4201 Belmont Ave.
Number          Street

Chicago IL          60641
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 1,062.00

---

**4.29**

EGS Financial Care, Inc.
Nonpriority Creditor's Name

2085 Lynnhaven Pkwy.
Number          Street

Ste 106-601

Virginia Beach VA          23456
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 1,006.39

---

**4.30**

Elk Group International
Nonpriority Creditor's Name

12 Willow Ln.
Number          Street

Nesquehoning PA          18240
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 1,634.53

---

| 4.31 | Fabricut | | Last 4 digits of account number ___ ___ ___ ___ | | $ 3,711.70 |

**4.31** Fabricut

Nonpriority Creditor's Name

9303 East 46th St.

Number          Street

Tulsa OK    74145

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 3,711.70

---

**4.32** Fibreworks

Nonpriority Creditor's Name

2301 Brennen Business Court

Number          Street

Louisville KY    40299

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 553.87

---

**4.33** F. Shumacher & Co.

Nonpriority Creditor's Name

979 3rd Ave. #832

Number          Street

New York NY    10022

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 9,754.32

| 4.34 | Gabby Home | Last 4 digits of account number _____ | $ 3,678.00 |

**Nonpriority Creditor's Name**

3140 Pelham Parkway

**When was the debt incurred?** _____

Number         Street

Pelham AL      35124

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.35 | Global Textile Alliance | Last 4 digits of account number _____ | $ 313.71 |

**Nonpriority Creditor's Name**

2361 Holiday Loop

**When was the debt incurred?** _____

Number         Street

Reidsville NC      27320

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.36 | Golding Fabrics Inc. | Last 4 digits of account number _____ | $ 605.00 |

**Nonpriority Creditor's Name**

7097 Mendenhall Rd.

**When was the debt incurred?** _____

Number         Street

High Point NC      27263

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.37 | Gulfstream Communications | Last 4 digits of account number _____ | $ 5,850.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

P.O. Box 1794

**As of the date you file, the claim is:** Check all that apply.

Number        Street

☐ Contingent

Mount Pleasant SC        29465

☐ Unliquidated

City        State        ZIP Code

☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim relates to a community debt

☑ Other. Specify   notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.38 | Hamilton Fabric Sales | Last 4 digits of account number _____ | $ 2,663.68 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

629 Southwest St.

**As of the date you file, the claim is:** Check all that apply.

Number        Street

☐ Contingent

High Point NC        27260

☐ Unliquidated

City        State        ZIP Code

☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim relates to a community debt

☑ Other. Specify   notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 4.39 | IDC Trim & Upholstry Supplies | Last 4 digits of account number _____ | $ 179.90 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

1340 S. Danzler Rd.

**As of the date you file, the claim is:** Check all that apply.

Number        Street

☐ Contingent

Duncan SC        29334

☐ Unliquidated

City        State        ZIP Code

☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Check if this claim relates to a community debt

☑ Other. Specify   notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No

☐ Yes

| 4.40 | Illerom Trading, Inc. | Last 4 digits of account number _____ | $ 2,766.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

11576 Pierson Rd.

Number    Street

**As of the date you file, the claim is:** Check all that apply.

West Palm Beach FL    33414

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.41 | Jaipur Living | Last 4 digits of account number _____ | $ 9,095.54 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

1800 Cherokee Pkwy

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Acworth GA    30102

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.42 | JP Morgan Chase Bank | Last 4 digits of account number  0061 | $ 8,536.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 02-12-2019

Po Box 15369

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Wilmington DE    19850

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Unsecured Credit Card

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.43 | King Textiles, LLC | Last 4 digits of account number _____ | $ 202.60 |
|---|---|---|---|

**King Textiles, LLC**
Nonpriority Creditor's Name

400 Interstate Dr.
Number        Street
High Point NC        27263

City        State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 202.60

---

| 4.44 | Kravet | | $ 2,072.59 |
|---|---|---|---|

**Kravet**
Nonpriority Creditor's Name

225 Central Ave. S.
Number        Street
Bethpage NY        11714

City        State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 2,072.59

---

| 4.45 | Lino Textil, LLC | | $ 386.00 |
|---|---|---|---|

**Lino Textil, LLC**
Nonpriority Creditor's Name

270 W. 39th Street,
Number        Street
16th Floor

New York NY        10018

City        State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 386.00

| 4.46 | Lyon Collection Services Inc | | $ 1,726.38 |
|------|------------------------------|---|-----------|

**Lyon Collection Services Inc**
Nonpriority Creditor's Name

7924 West Sahara Ave.
Number          Street
Las Vegas NV        89117
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.47 | Magitex Decor | | $ 759.00 |
|------|---------------|---|---------|

**Magitex Decor**
Nonpriority Creditor's Name

2791 NW 82nd Ave.
Number          Street
Miami FL        33122
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.48 | Magnolia Companies | | $ 4,401.26 |
|------|--------------------|---|-----------|

**Magnolia Companies**
Nonpriority Creditor's Name

P.O. Box 67
Number          Street
Belden MS        38826
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

| 4.49 | Michael Kennedy | | Last 4 digits of account number | $ 202,992.72 |

**Nonpriority Creditor's Name**

Lincoln & Morgan

| Number | Street |
| --- | --- |
600 W. Broadway, Suite 700

San Diego CA    92101

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  UCC-1 Lien

---

| 4.50 | Michell Fabrics | | Last 4 digits of account number | $ 267.74 |

**Nonpriority Creditor's Name**

3532 Coleman Ct., Ste C

| Number | Street |
| --- | --- |
Lafayette IN    47905

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.51 | Mitel | | Last 4 digits of account number | $ 4,834.00 |

**Nonpriority Creditor's Name**

1146 North Alma School Rd.

| Number | Street |
| --- | --- |
Mesa AZ    85201

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

| 4.52 | MSS Solutions, LLC | | Last 4 digits of account number _____ | | $ 1,096.68 |

**MSS Solutions, LLC**
Nonpriority Creditor's Name

P.O. Box 538178
Number    Street
Atlanta GA    30353
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  notice only - potential liability for business debt

---

| 4.53 | New Home Charleston | | Last 4 digits of account number _____ | | $ 1,904.00 |

**New Home Charleston**
Nonpriority Creditor's Name

P.O. Box 22573
Number    Street
Charleston SC    29413
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  notice only - potential liability for business debt

---

| 4.54 | Number One Textiles, LTD | | Last 4 digits of account number _____ | | $ 1,539.28 |

**Number One Textiles, LTD**
Nonpriority Creditor's Name

DBA Le Grande Collection/ Homesilk

13202 89th Ave., Suite 215
Number    Street

Richmond Hill NY    11418
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  notice only - potential liability for business debt

| 4.55 | ODK Capital, LLC DBA OnDeck | Last 4 digits of account number _____ | $ 190,000.00 |

**4.55** ODK Capital, LLC DBA OnDeck
Nonpriority Creditor's Name

4700 W Daybreak Pkwy. Suite 200
Number    Street

South Jordan UT    84009
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Notice Only- Potential liability for business debt.

$ 190,000.00

---

**4.56** P/Kauffman
Nonpriority Creditor's Name

440 York Southern Rd.
Number    Street

Fort Mill SC    29715
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 4,557.20

---

**4.57** P/K Lifestyles
Nonpriority Creditor's Name

3 Park Ave
Number    Street

New York NY    10016
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 513.79

Debtor    Jonathan Mark Flanery
         First Name    Middle Name    Last Name

| 4.58 | Rays Reliable Movers | | | Last 4 digits of account number _____ | $ 375.00 |

**4.58**

Rays Reliable Movers
Nonpriority Creditor's Name

4975 Lacross Rd.
Number          Street
Charleston SC      29406
City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 375.00

---

**4.59**

Rioma Inc.
Nonpriority Creditor's Name

315 Old Thomasville. Rd
Number          Street
High Point NC      27260
City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 1,515.04

---

**4.60**

Rosenthal & Rosenthal, Inc
Nonpriority Creditor's Name

1370 Broadway
Number          Street
New York NY      10018
City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 25,991.95

| 4.61 | Rowe Furniture | Last 4 digits of account number _____ | $ 0.00 |

**Rowe Furniture**
Nonpriority Creditor's Name

P.O. Box 931028
Number          Street
Atlanta GA     31193
City       State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify notice only - potential liability for business debt

$ 0.00

---

| 4.62 | Sattler Corp | | $ 1,567.29 |

**Sattler Corp**
Nonpriority Creditor's Name

447 Main St.
Number          Street
Hudson NC     28638
City       State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify notice only - potential liability for business debt

$ 1,567.29

---

| 4.63 | Shelba Johnson Trucking/ Brooks Furniture | | $ 125.63 |

**Shelba Johnson Trucking/ Brooks Furniture**
Nonpriority Creditor's Name

Xpress

1640 Blair St.
Number          Street
Thomasville NC     27360
City       State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify notice only - potential liability for business debt

$ 125.63

| 4.64 | Sherrill Furniture Co. | Last 4 digits of account number _____ | $ 20,706.65 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

2405 Highland Ave. NE

Number        Street

As of the date you file, the claim is: Check all that apply.

Hickory NC      28601

☐ Contingent
☐ Unliquidated
☐ Disputed

City      State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.65 | Simply Yours Interiors | Last 4 digits of account number _____ | $ 235.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

1260 Blls Hwy

Number        Street

As of the date you file, the claim is: Check all that apply.

Walterboro SC      29488

☐ Contingent
☐ Unliquidated
☐ Disputed

City      State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.66 | Skeen Decorative Fabrics | Last 4 digits of account number _____ | $ 3,432.40 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

1220 W. Market Center Dr.

Number        Street

As of the date you file, the claim is: Check all that apply.

High Point NC      27260

☐ Contingent
☐ Unliquidated
☐ Disputed

City      State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.67 | Southeastern Freight Lines, Inc | | $ 1,129.47 |
|---|---|---|---|

Southeastern Freight Lines, Inc
Nonpriority Creditor's Name

P.O. Box 100104
Number          Street
Columbia SC    29202
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.68 | South State Bank N.A. | | $ 12,459.78 |
|---|---|---|---|

South State Bank N.A.
Nonpriority Creditor's Name

P.O. Box 6335
Number          Street
Fargo  ND    58125
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  6308

**When was the debt incurred?**  01/26/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personally Guaranteed by debtor. Secured by Yale GLC050 Forklift

---

| 4.69 | Spring Creative | | $ 268.95 |
|---|---|---|---|

Spring Creative
Nonpriority Creditor's Name

300 Chatham Ave. #100
Number          Street
Rock Hill SC    29730
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

| 4.70 | Stellar Slip Covers and Soft Furnishings | | $ 1,125.00 |

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Nonpriority Creditor's Name

104 S. Belair Rd., Suite 8

Number          Street

Augusta GA    30907

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.71 | Stout Textiles | | $ 1,234.54 |

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Nonpriority Creditor's Name

3050 Trewightown Rd.

Number          Street

Colmar PA    18915

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.72 | Summer Classics | | $ 3,260.00 |

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Nonpriority Creditor's Name

1308 Morehead St.

Number          Street

Charlotte NC    28208

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.73 | Sunbelt Furniture Xpress | | | $ 216.69 |
|---|---|---|---|---|

**Sunbelt Furniture Xpress**
Nonpriority Creditor's Name

3255 20th Ave.
Number          Street
Hickory   NC      28602
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.74 | Sunfield, Inc. | | | $ 1,247.16 |
|---|---|---|---|---|

**Sunfield, Inc.**
Nonpriority Creditor's Name

3525 Iron Horse Rd. #106
Number          Street
Ladson   SC      29456
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.75 | Surya | | | $ 1,594.95 |
|---|---|---|---|---|

**Surya**
Nonpriority Creditor's Name

1 Surya Dr.
Number          Street
White   GA      30184
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

| 4.76 | Swavelle Mill Creek | | |
|---|---|---|---|

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Nonpriority Creditor's Name

9550 William Aiken Ave

Number            Street

Ladson SC      29456

City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 7,484.77

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

---

| 4.77 | Telco | | |
|---|---|---|---|

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Nonpriority Creditor's Name

1070 St. Andrews Blvd

Number            Street

Charleston SC     29407

City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 377.00

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

---

| 4.78 | Tempo Fabrics | | |
|---|---|---|---|

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Nonpriority Creditor's Name

2130 Brevard Rd.

Number            Street

High Point NC     27263

City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 4,926.23

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  notice only - potential liability for business debt

| 4.79 | Textile Fabric Associates, LLC | Last 4 digits of account number _____ | $ 1,570.20 |
|---|---|---|---|

**4.79** Textile Fabric Associates, LLC
Nonpriority Creditor's Name

15 E 26th St. Floor 2
Number        Street
New York NY    10010
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify notice only - potential liability for business debt

$ 1,570.20

---

**4.80** TForce Freight
Nonpriority Creditor's Name

P.O. Box 650690
Number        Street
Dallas TX    75265
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify notice only - potential liability for business debt

$ 947.07

---

**4.81** The Commercial Collection Corp of NY, INC
Nonpriority Creditor's Name

34 Seymour st.
Number        Street
Tonawanda NY    14150
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify notice only - potential liability for business debt

$ 1,316.10

| | |
|---|---|
| **4.82** | |

**Thibaut**
Nonpriority Creditor's Name

1095 Morris Ave., Suite 450
Number        Street

Union NJ        07083
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  notice only - potential liability for business debt

$ 129.71

---

| | |
|---|---|
| **4.83** | |

**TNT Sales**
Nonpriority Creditor's Name

113 Belton Dr.
Number        Street

Spartanburg SC        29301
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  notice only - potential liability for business debt

$ 196.65

---

| | |
|---|---|
| **4.84** | |

**Trevi Fabrics**
Nonpriority Creditor's Name

2110 Dunmore Ct.
Number        Street

High Point NC        27263
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  notice only - potential liability for business debt

$ 577.75

| 4.85 | Trivantage, LLC | | | $ 4,253.91 |
|---|---|---|---|---|

**Trivantage, LLC**
Nonpriority Creditor's Name

1831 N. park Ave. Building 2
Number        Street
Burlington NC    27217
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.86 | TSC Designs | | | $ 1,675.00 |
|---|---|---|---|---|

**TSC Designs**
Nonpriority Creditor's Name

1851 9th Ave. NE.
Number        Street
Hickory NC    28601
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

| 4.87 | United Fabrics Inc. | | | $ 278.75 |
|---|---|---|---|---|

**United Fabrics Inc.**
Nonpriority Creditor's Name

9115 Pennsauken Hwy
Number        Street
Pennsauken NJ    08110
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

| 4.88 | United Supply Co. |
|---|---|

Nonpriority Creditor's Name

P.O. Box 890276

Number          Street
Charlotte NC          29289

City          State          ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 7,326.03

---

| 4.89 | UPS |
|---|---|

Nonpriority Creditor's Name

P.O. Box 30549

Number          Street
Charleston SC          29417

City          State          ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 101.37

---

| 4.90 | US Small Business Administration |
|---|---|

Nonpriority Creditor's Name

409 3rd Street SW

Number          Street
Washington DC          20416

City          State          ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 150,000.00

| 4.91 | Uttermost Company | | Last 4 digits of account number _____ | $ 15.00 |
|---|---|---|---|---|

**Uttermost Company**
Nonpriority Creditor's Name

3325 Grassy Hill Rd.

Number    Street
Rocky Mount VA    24151

City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   notice only - potential liability for business debt

---

| 4.92 | Valdese Weavers, LLC | | Last 4 digits of account number _____ | $ 924.80 |
|---|---|---|---|---|

**Valdese Weavers, LLC**
Nonpriority Creditor's Name

1000 Perkins Rd. SE.

Number    Street
Valdese NC    28690

City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   notice only - potential liability for business debt

---

| 4.93 | Vision Fabrics | | Last 4 digits of account number _____ | $ 342.30 |
|---|---|---|---|---|

**Vision Fabrics**
Nonpriority Creditor's Name

305 W. High Ave.

Number    Street
High Point NC    27260

City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   notice only - potential liability for business debt

| 4.94 | Wallquest, Inc | | |
|---|---|---|---|

**Nonpriority Creditor's Name**

465 Devon Park Dr.

Number_____Street

Wayne PA     19087

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 4,886.26

---

| 4.95 | WOW Business | | |
|---|---|---|---|

**Nonpriority Creditor's Name**

P.O. Box 4350

Number_____Street

Carol Stream IL     60197

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  6809

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 140.86

---

| 4.96 | York Wallcoverings Inc | | |
|---|---|---|---|

**Nonpriority Creditor's Name**

P.O. Box 736508

Number_____Street

Dallas TX     75373

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

$ 675.46

Debtor 1   Jonathan Mark Flanory

| | |
|---|---|
| 4.97 | York Wallcoverings, LLC |

**York Wallcoverings, LLC**
Nonpriority Creditor's Name

750 Linden Ave.
Number          Street

York    PA    17404
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 675.46

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  notice only - potential liability for business debt

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Intuit Payment Solutions
Creditor's Name

2700 Coast Ave
Number          Street

Mountain View CA     94043
City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.15  of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

---

Rene Dukes Esq.
Creditor's Name

Saxton & Stump
Number          Street

151 Meeting St., Suite 400

Charleston SC    29401
City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  2.1  of (Check one):
- [x] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Rene Dukes, Esq.
Creditor's Name

Saxton & Stump
Number          Street

151 Meeting Street, Suite 400

Charleston SC    29401
City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.5  of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

South Carolina Child Support Enforcement
Creditor's Name

PO Box 1469
Number          Street

Columbia SC    29202
City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  2.1  of (Check one):
- [x] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

The CIT Group/ Commercial Services
Creditor's Name

134 Wooding Ave.
Number          Street

Danville VA    24541
City          State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.4  of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Debtor    Jonathan Mark Flanary
         First Name    Middle Name    Last Name

| U.S. Small Business Administration | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Creditor's Name | **Line** 4.90 of (Check one): |
| SBA Disaster Loan Service Center | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number        Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 2 North 20th Street, Suite 320 | Claims |
| | **Last 4 digits of account number** |
| Birmingham AL    35203 | |
| City        State    ZIP Code | |

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|   |   |   | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 6,622.64 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 51,737.96 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 2,349.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 60,709.60 |

|   |   |   | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 7,573.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,255,139.19 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 1,262,712.19 |

**Fill in this information to identify your case:**

Debtor 1      Jonathan Mark Flanary
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of South Carolina

Case number    23-01322
(if know)      _____

☐ Check if this is
an amended
filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Demi Tiqui<br>Name<br><br>1280 Appling Dr.<br>Street<br>Mount Pleasant SC      29464<br>City          State    ZIP Code | Residential Housing Lease Current- Reject $3,108.00/ Month Lease ends 06/24/2023 Lessee |

**Fill in this information to identify your case:**

Debtor 1    Jonathan Mark Flanary
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  District of South Carolina

Case number    23-01322
(if know)

☐ Check if this is
  an amended
  filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1:  **Your codebtor** | Column 2:  **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1**  Allison Flanary <br> Name <br> 1609 Diddy Dr. <br> Street <br> Mount Pleasant        SC    29464 <br> City            State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line 2.7 <br> ☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jonathan Mark Flanary |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | District of South Carolina |
| Case number (If known) | 23-01322 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed   ☐ Not employed | ☐ Employed   ☐ Not employed |
| **Occupation** | Self Employed | |
| **Employer's name** | Luxury Flooring, LLC | |
| **Employer's address** | 7187 Bryhawke Circle | |
| | Number   Street | Number   Street |
| | Unit 200 | |
| | North Charleston, SC 29418 | |
| | City          State   ZIP Code | City          State   ZIP Code |
| **How long employed there?** | 2 Years | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.    $ 0.00 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3.    + $ 0.00 | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.    $ 0.00 | $_____ |

Debtor 1 ___Jonathan___ ___Mark___ ___Flanary_____   Case number *(if known)* __23-01322__
         First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ........................................➔ 4. | $ 0.00 | $ _____ |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ _____ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ _____ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ _____ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ _____ |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ _____ |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ _____ |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ _____ |
| 5h. | **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ _____ |
| | _____ | | $ _____ | $ _____ |
| | _____ | | $ _____ | $ _____ |
| | _____ | | $ _____ | $ _____ |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ _____ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ _____ |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 3,423.47 | $ _____ |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ _____ |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ _____ |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ _____ |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ _____ |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ _____ |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ _____ |
| 8h. | **Other monthly income.** Specify: Contributions from family | 8h. | + $ 6,000.00 | + $ _____ |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 9,423.47 | $ _____ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 9,423.47 + $ _____ = $ 9,423.47 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 9,423.47

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

   ☑ No.    Mr. Flanary's father will supplement his son's living expenses until Luxury Flooring, LLC & Sadie's Fabric

   ☐ Yes. Explain: Empire generate enough income to support his expenses. The income listed for Luxury Flooring is based upon April 2023 earnings. The debtor does not anticipate an increase or decrease in his income of 10% or

| Debtor 1 | Jonathan Mark Flanary | | | Case number *(if known)* | 23-01322 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Continuation Sheet for Official Form 106I

1. Describe Employment:

Debtor: Jonathan Mark Flanary

Occupation: Owner

Name of Employer: Sadie's Fabric Empire

Employer's Address:

Length of Employment: 6 Years

-------

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jonathan Mark Flanary |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | District of South Carolina |
| | (State) |
| Case number (If known) | 23-01322 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 10 | ☑ No ☐ Yes |
   | Daughter | 8 | ☑ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 75.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | Jonathan Mark Flanary | | | Case number *(if known)* | 23-01322 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | **Your expenses** |
|---|---|---|---|

| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 458.43 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $ 120.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $ 45.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 168.00 |
| | 6d.  Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 450.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 120.00 |
| 10. | **Personal care products and services** | 10. | $ 148.00 |
| 11. | **Medical and dental expenses** | 11. | $ 234.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 370.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 54.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $ 510.00 |
| | 15b.  Health insurance | 15b. | $ 0.00 |
| | 15c.  Vehicle insurance | 15c. | $ 100.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  Personal Property Tax | 16. | $ 48.11 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c.  Other. Specify: _____ | 17c. | $ 0.00 |
| | 17d.  Other. Specify: _____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $ 3,341.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a.  Mortgages on other property | 20a. | $ 0.00 |
| | 20b.  Real estate taxes | 20b. | $ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

| Debtor 1 | Jonathan Mark Flanary | | | Case number *(if known)* | 23-01322 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 21. | **Other**. Specify: Subscriptions | | 21. | +$ | 63.76 |
| | Rental Property Warranty | | | +$ | 79.99 |
| | Other Court Ordered Obligations (Children's Health and Extracurricular Activities) | | | +$ | 720.05 |

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $ | 7,205.34 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a | 22b. | $ | |
| and 22b. The result is your monthly expenses. | 22c. | $ | 7,205.34 |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. | $ | 9,423.47 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | −$ | 7,205.34 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ | 2,218.13 |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here:   Mr. Flanary is seeking modification of the temporary support orders in order for a more feasible budget. The debtor does not anticipate an increase or decrease in his expenditures of 10% or more at this time.

**Fill in this information to identify your case:**

Debtor 1      Jonathan Mark Flanary
              First Name                    Middle Name                 Last Name

Debtor 2
(Spouse, if filing)  First Name             Middle Name                 Last Name

United States Bankruptcy Court for the: District of South Carolina

Case number    23-01322
(If known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Jonathan Mark Flanary                          ✖ _____
Signature of Debtor 1                                Signature of Debtor 2

Date  05/31/2023                                     Date _____
      MM / DD  / YYYY                                     MM / DD  / YYYY

**Fill in this information to identify your case:**

Debtor 1    Jonathan Mark Flanary
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  District of South Carolina

Case number  23-01322
(if know)

☐ Check if this is
an amended
filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ **Married**
☐ **Not married**

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 1609 Diddy Drive | From 10/31/2018 | | From ____ |
| | To 06/01/2022 | | To ____ |
| Number     Street | | Number     Street | |
| Mount Pleasant SC    29464 | | | |
| City      State   ZIP Code | | City   State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

### Part 2:    Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply | Gross income (before deductions and exclusions) | Sources of income Check all that apply | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $ 90,585.77 | ☐ Wages, commissions, bonuses, tips | $ ____ |
| | ☑ Operating a business | | ☐ Operating a business | |

Debtor      Jonathan Mark Flanary                                    Case number(if known) 23-01322
            First Name      Middle Name      Last Name

| For last calendar year: | ☐ Wages, commissions, bonuses, tips  $ 976,300.35 | ☐ Wages, commissions, bonuses, tips  $ _____ |
| (January 1 to December 31, 2022 ) | ☒ Operating a business | ☐ Operating a business |
| For the calendar year before that: | ☐ Wages, commissions, bonuses, tips  $ 1,234,800.47 | ☐ Wages, commissions, bonuses, tips  $ _____ |
| (January 1 to December 31, 2021 ) | ☒ Operating a business | ☐ Operating a business |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $ _____ | _____ | _____ |
|  | Rental Income Kruger | $ 7,980.00 | _____ | _____ |
| **For last calendar year:** | _____ | $ _____ | _____ | _____ |
| (January 1 to December 31, 2022 ) | Rental Income Kruger | $ 23,940.00 | _____ | _____ |
| **For the calendar year before that:** | Rental Income Kruger | $ 23,940.00 | _____ | _____ |
| (January 1 to December 31, 2021 ) | _____ | $ _____ | _____ | _____ |

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☒ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|
|  |  |  |  |

Debtor    Jonathan Mark Flanary
          First Name    Middle Name    Last Name

Case number *(if known)* 23-01322

| | | |
|---|---|---|
| **PHH Mortgage Services**<br>Creditor's Name | $ 1,113.29 | $ 132,975.61 |

**1661 Worthington Road**
Number              Street
**Suite 100**

**West Palm Beach FL**
City                        State
**33409**
ZIP Code

☑ Mortgage
☐ Car
☐ Credit card
☐ Loan repayment
☐ Suppliers or vendors
☐ Other _____

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title:<br>Bank of America N A vs Jonathan M Flanary<br>Case number:<br>2013CP1002714 | Debt Collection - Judgment for Plaintiff $85,069.50; Date filed: 05/08/2013 | Charleston County Court of Common Pleas<br>Court Name<br>100 Broad St.<br>Number      Street<br>Charleston SC      29401<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title:<br>Allison Flanary Vs. Jonathan Flanary<br>Case number:<br>2022-DR-10-01918 | Divorce; Date filed: 09/02/2022 | Charleston County Family Court<br>Court Name<br>100 Broad St. # 143<br>Number      Street<br>Charleston SC      29401<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>Discover Bank vs. Jonathan Flanary<br>Case number:<br>2012CP1003971 | Attached, Seized, or Levied: Debt Collection- Judgment for Plaintiff $5,546.55; Date filed: 06/18/2012 | Charleston County Court of Common Pleas<br>Court Name<br>100 Broad St.<br>Number      Street<br>Charleston SC      29401<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| MoneySharp Credit Counseling | Credit Counseling: $10.00 | 05/2023 | $ 10.00 |
| Person Who Was Paid | | | $ _____ |
| 1916 N. Fairfield Avenue | | | |
| Number        Street | | | |
| Chicago IL        60647 | | | |
| City      State   ZIP Code | | | |
| Email or website address | | | |
| Debtor | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor  Jonathan Mark Flanary

First Name   Middle Name   Last Name

Case number *(if known)* 23-01322

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Meredith Law Firm, LLC<br>Person Who Was Paid<br><br>4000 Faber Place Drive<br>Number            Street<br>Suite 120<br><br>North Charleston SC    29405<br>City         State   ZIP Code<br><br>Email or website address<br>Debtor<br>Person Who Made the Payment, if Not You | Filing Fee $313.00 Attorney's Fee $2,151.00 Credit Report $36.00 | 05/2023 | $ 2,500.00<br><br>$ _____ |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ☑ No
- ☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Carvana<br>Person Who Received Transfer<br><br>Number      Street<br><br>City   State   ZIP Code<br>Person's relationship to you<br>Unrelated 3rd Party | 2019 Mercedes C300, $38,123.00 | Mr. Flanary sold this vehicle to Carvana in September of 2021. He used the proceeds from the sale to put a down payment on the Ford F350 | 09/15/2021 |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

- ☑ No
- ☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ☑ Yes. Fill in the details.

| Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|

Debtor    Jonathan Mark Flanary
_____
First Name    Middle Name    Last Name

Case number (if known)   23-01322

| | | |
|---|---|---|
| Wells Fargo Acct | XXXX– _1_ _4_ _5_ _3_ | ☐ Checking |
| Name of Financial Institution | | ☑ Savings |
| P.O. Box 6995 | | ☐ Money market |
| Number          Street | | ☐ Brokerage |
| Portland OR    97228 | | ☐ Other _____ |
| City       State    ZIP Code | | |

09/01/2022          $ 0.00

| | | |
|---|---|---|
| Wells Fargo Acct | XXXX– _1_ _6_ _1_ _7_ | ☐ Checking |
| Name of Financial Institution | | ☑ Savings |
| P.O. Box 6995 | | ☐ Money market |
| Number          Street | | ☐ Brokerage |
| Portland OR    97228 | | ☐ Other _____ |
| City       State    ZIP Code | | |

09/01/2022          $ 0.00

| | | |
|---|---|---|
| Wells Fargo Acct | XXXX– _0_ _0_ _7_ _7_ | ☑ Checking |
| Name of Financial Institution | | ☐ Savings |
| P.O. Box 6995 | | ☐ Money market |
| Number          Street | | ☐ Brokerage |
| Portland OR    97228 | | ☐ Other _____ |
| City       State    ZIP Code | | |

09/19/2022          $ 0.00

| | | |
|---|---|---|
| Wells Fargo Acct | XXXX– _0_ _0_ _8_ _5_ | ☑ Checking |
| Name of Financial Institution | | ☐ Savings |
| P.O. Box 6995 | | ☐ Money market |
| Number          Street | | ☐ Brokerage |
| Portland OR    97228 | | ☐ Other _____ |
| City       State    ZIP Code | | |

10/04/2022          $ 0.00

**21.Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23.Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25.Have you notified any governmental unit of any release of hazardous material?**

☑ No

Debtor   Jonathan Mark Flanary
          First Name    Middle Name    Last Name               Case number(if known) 23-01322

---

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Aiden Fabrics LLC- CLOSED<br>Business Name<br>1172 SC-41 Suite 101<br>Number          Street<br>Mount Pleasant SC    29466<br>City          State   ZIP Code | Fabric Sales (Mr. Flanary had a 50% ownership interest in this business with his estranged wife. All remaining assets listed on Schedule A/B.)<br><br>**Name of accountant or bookkeeper**<br>Brian D. Kurtz | EIN: 4 6 – 5 6 0 8 9 9 6<br><br>**Dates business existed**<br><br>From 05/12/2014 To 10/26/2022 |
| Sadies Fabic Empire, LLC<br>Business Name<br>1609 Diddy Dr.<br>Number          Street<br>Mount Pleasant SC    29464<br>City          State   ZIP Code | Online Fabric Sales (Mr. Flanary has a 50% ownership interest in this business with his estranged wife. All assets listed on Schedule A/B.)<br><br>**Name of accountant or bookkeeper**<br>Brian D. Kurtz | EIN: 8 2 – 1 3 9 0 8 6 0<br><br>**Dates business existed**<br><br>From 05/02/2017 To Current |
| Luxury Flooring, LLC<br>Business Name<br>1609 Diddy Dr.<br>Number          Street<br>Mount Pleasant SC    29466<br>City          State   ZIP Code | Flooring Sales (Mr. Flanary has a 50% ownership interest in this business with his estranged wife. All assets listed on Schedule A/B.)<br><br>**Name of accountant or bookkeeper**<br>Brian D Kurtz | EIN: 8 6 – 1 3 3 5 1 0 4<br><br>**Dates business existed**<br><br>From _____ To Current |
| Woven Provisions, LLC<br>Business Name<br>1609 Diddy Dr.<br>Number          Street<br>Mount Pleasant SC    29464<br>City          State   ZIP Code | Fabric Sales (Mr. Flanary started this business in name only. It never operated and had no assets.)<br><br>**Name of accountant or bookkeeper**<br>Brian D. Kurtz | EIN: 8 1 – 4 7 4 2 2 0 8<br><br>**Dates business existed**<br><br>From 12/20/2016 To 01/05/2022 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply and fill in the details below for each business.

---

Debtor   Jonathan Mark Flanary   Case number *(if known)* 23-01322

First Name    Middle Name    Last Name

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Jonathan Mark Flanary          ✖ _____
Signature of Debtor 1                   Signature of Debtor 2

Date  05/31/2023                       Date  _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    Jonathan Mark Flanary
<br>First Name    Middle Name    Last Name

Debtor 2
<br>(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   District of South Carolina

Case number   23-01322
<br>(if known)

</td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C–1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☑ **Married.** Fill out both Columns A and B, lines 2-11.

    Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ 0.00 | $ _____ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $ _____ 0.00 | $ _____ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ _____ 0.00 | $ _____ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $5,546.48 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $6,330.72 | − $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | **Copy here** → | $ _____ 0.00 | $ _____ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $1,995.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
| Net monthly income from rental or other real property | $1,995.00 | $ 0.00 | **Copy here** → | 1,995.00 | $ _____ 0.00 |

Debtor 1    Jonathan Mark Flanary

First Name    Middle Name    Last Name          Case number *(if known)* 23-01322

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $_____ 0.00 | $_____ 0.00 |
| 8. **Unemployment compensation** | $_____ 0.00 | $_____ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here: .........................................↓

For you ......................................................... $_____ 0.00

For your spouse .................................................. $_____ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the United
States Government in connection with a disability, combat-related injury or disability, or
death of a member of the uniformed services. If you received any retired pay paid
under chapter 61 of title 10, then include that pay only to the extent that it does not
exceed the amount of retired pay to which you would otherwise be entitled if retired
under any provision of title 10 other than chapter 61 of that title.

$_____ 0.00     $_____ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism; or compensation, pension, pay, annuity, or allowance paid by the United
States Government in connection with a disability, combat-related injury or disability,
or death of a member of the uniformed services. If necessary, list other sources on a
separate page and put the total below.

| | | |
|---|---|---|
| _____ | $_____ 0.00 | $_____ 0.00 |
| _____ | $_____ 0.00 | $_____ 0.00 |
| Total amounts from separate pages, if any. | + $_____ 0.00 | + $_____ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.

$ 1,995.00    +    $ 0.00    =    $ 1,995.00

**Total average
monthly income**

---

| Part 2: | Determine How to Measure Your Deductions from Income |
|---|---|

12. Copy your total average monthly income from line 11. ................................................ $_____ 1,995.00

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☑ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of
you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than
you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary,
list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | | |
|---|---|---|
| _____ | $_____ 0.00 | |
| _____ | $_____ 0.00 | |
| _____ | + $_____ 0.00 | |
| Total ........................................................ | $_____ 0.00    **Copy here** ➡ | —_____ 0.00 |

14. **Your current monthly income.** Subtract the total in line 13 from line 12. $ 1,995.00

Debtor 1    Jonathan Mark Flanary

First Name        Middle Name        Last Name        Case number *(if known)* 23-01322

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ .......................................................................................................... $ _____1,995.00_

Multiply line 15a by 12 (the number of months in a year).        **x** 12

15b. The result is your current monthly income for the year for this part of the form. ............ $ 23,940.00

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.        SC

16b. Fill in the number of people in your household.        2

16c. Fill in the median family income for your state and size of household. ............................. $ 72,416.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

**18. Copy your total average monthly income from line 11.** ................................................. $ _____1,995.00_

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ...................................... — $ _____0.00_

19b. **Subtract line 19a from line 18.**        $ 1,995.00

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b. ................................................................................................................ $ _____1,995.00_

Multiply by 12 (the number of months in a year).        **x** 12

20b. The result is your current monthly income for the year for this part of the form.        $ 23,940.00

20c. Copy the median family income for your state and size of household from line 16c. .......... $ 72,416.00

**21. How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

Debtor 1    Jonathan Mark Flanary                 Case number *(if known)* 23-01322
      First Name       Middle Name       Last Name

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✖ /s/ Jonathan Mark Flanary                            ✖ _____

Signature of Debtor 1                                    Signature of Debtor 2

Date 05/31/2023                                        Date _____
      MM / DD / YYYY                                         MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

ABC/Amega
500 Seneca St. Suite 503
Buffalo, NY 14204

Abercrombia Textiles
3400 US 211A
Cliffside, NC 28024

Aff Group
101 Groce Rd.
Lyman, SC 29365

Allison Flanary
1609 Diddy Dr.
Mount Pleasant, SC 29464

Allison M. Flanary
1609 Diddy Dr.
Mount Pleasant, SC 29464

Altus Receivables Management
2121 Airline Dr., Suite 520
Metairie, LA 70002

American Custom Finishing
2830 US Hwy 70 SE.
Hickory, NC 28603

American Express
PO Box 981540
El Paso, TX 79998

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Bella Home Furnishings
115 W Willis St.
Prescott, AZ 86301

Belle Maison
89-50 127th Street
Richmond Hill, NY 11418

Capris Furniture
1401 NW 27th Ave.
Ocala, FL 34475

Charleston County Delinquent Tax
4045 Bridgeview Dr.
North Charleston, SC 29405

Charleston County Family Court
100 Broad Street
Suite 143
Charleston, SC 29401

Charleston County Treasurer
4045 Bridgeview Drive
North Charleston, SC 29405

Charlotte Fabrics
3101 Louisiana Ave. N
Minneapolis, MN 55427

Christopher J. Neeson, Esq.
P.O. Box 90260
Indianapolis, IN 46290

Classical Elements, LLC
P.O. Box 1189
High Point, NC 27261

Covington Fabrics & Design, LLC
P.O. Box 603467
Charlotte, NC 28260

Credit International Corporation
P.O. Box 1268
Bothell, WA 98041

Credit International Corportation
P.O. Box 1268
Bothell, WA 98041

Crypton Inc.
513 Crypton Dr.
Kings Mountain, NC 28086

Curio Brands
1010 Lynn Ln. #3963
Starkville, MS 39759

Demi Tiqui
1280 Appling Dr.
Mount Pleasant, SC 29464

Department of Education/Aidvantage
PO Box 9635
Wilkes Barre, PA 18773

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Distinctive Delivery Service, LLC
1811 Indigo Market Dr. Suite 205
Mount Pleasant, SC 29464

Dominion Energy
PO Box 100255
Columbia, SC 29202

Dovetail Furniture
14000 S. Figueroa St.
Los Angeles, CA 90061

Drapery Boutique, Inc
211 Johnson St.
Haw River, NC 27258

Eastern Accents
4201 Belmont Ave.
Chicago, IL 60641

EGS Financial Care, Inc.
2085 Lynnhaven Pkwy.
Ste 106-601
Virginia Beach, VA 23456

Elk Group International
12 Willow Ln.
Nesquehoning, PA 18240

F. Shumacher & Co.
979 3rd Ave. #832
New York, NY 10022

Fabricut
9303 East 46th St.
Tulsa, OK 74145

Fibreworks
2301 Brennen Business Court
Louisville, KY 40299

Gabby Home
3140 Pelham Parkway
Pelham, AL 35124

Global Textile Alliance
2361 Holiday Loop
Reidsville, NC 27320

Golding Fabrics Inc.
7097 Mendenhall Rd.
High Point, NC 27263

Gulfstream Communications
P.O. Box 1794
Mount Pleasant, SC 29465

Hamilton Fabric Sales
629 Southwest St.
High Point, NC 27260

IDC Trim & Upholstry Supplies
1340 S. Danzler Rd.
Duncan, SC 29334

Illerom Trading, Inc.
11576 Pierson Rd.
West Palm Beach, FL 33414

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Intuit Payment Solutions
2700 Coast Ave
Mountain View, CA 94043

Jaipur Living
1800 Cherokee Pkwy
Acworth, GA 30102

JP Morgan Chase Bank
Po Box 15369
Wilmington, DE 19850

King Textiles, LLC
400 Interstate Dr.
High Point, NC 27263

Kravet
225 Central Ave. S.
Bethpage, NY 11714

Lino Textil, LLC
270 W. 39th Street,
16th Floor
New York, NY 10018

Lyon Collection Services Inc
7924 West Sahara Ave.
Las Vegas, NV 89117

Magitex Decor
2791 NW 82nd Ave.
Miami, FL 33122

Magnolia Companies
P.O. Box 67
Belden, MS 38826

Michael Kennedy
Lincoln & Morgan
600 W. Broadway, Suite 700
San Diego, CA 92101

Michell Fabrics
3532 Coleman Ct., Ste C
Lafayette, IN 47905

Mitel
1146 North Alma School Rd.
Mesa, AZ 85201

MSS Solutions, LLC
P.O. Box 538178
Atlanta, GA 30353

New Home Charleston
P.O. Box 22573
Charleston, SC 29413

Number One Textiles, LTD
DBA Le Grande Collection/ Homesilk
13202 89th Ave., Suite 215
Richmond Hill, NY 11418

ODK Capital, LLC DBA OnDeck
4700 W Daybreak Pkwy. Suite 200
South Jordan, UT 84009

P/K Lifestyles
3 Park Ave
New York, NY 10016

P/Kauffman
440 York Southern Rd.
Fort Mill, SC 29715

PHH Mortgage Services
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409

Rays Reliable Movers
4975 Lacross Rd.
Charleston, SC 29406

Rene Dukes Esq.
Saxton & Stump
151 Meeting St., Suite 400
Charleston, SC 29401

Rene Dukes, Esq.
Saxton & Stump
151 Meeting Street, Suite 400
Charleston, SC 29401

Rioma Inc.
315 Old Thomasville. Rd
High Point, NC 27260

Rosenthal & Rosenthal, Inc
1370 Broadway
New York, NY 10018

Rowe Furniture
P.O. Box 931028
Atlanta, GA 31193

Sattler Corp
447 Main St.
Hudson, NC 28638

SC Department of Revenue
Office of the General Counsel Bankruptcy
300A Outlet Pointe Blvd
Columbia, SC 29210-5666

Shelba Johnson Trucking/ Brooks Furniture Xpr
1640 Blair St.
Thomasville, NC 27360

Sherrill Furniture Co.
2405 Highland Ave. NE
Hickory, NC 28601

Simply Yours Interiors
1260 Blls Hwy
Walterboro, SC 29488

Skeen Decorative Fabrics
1220 W. Market Center Dr.
High Point, NC 27260

South Carolina Child Support Enforcement
PO Box 1469
Columbia, SC 29202

South Carolina Department of Revenue
Office of the General Counsel- Bankruptc
300A Outlet Pointe Blvd
Columbia, SC 29210-5666

South State Bank N.A.
P.O. Box 6335
Fargo, ND 58125

Southeastern Freight Lines, Inc
P.O. Box 100104
Columbia, SC 29202

Spring Creative
300 Chatham Ave. #100
Rock Hill, SC 29730

Stellar Slip Covers and Soft Furnishings
104 S. Belair Rd., Suite 8
Augusta, GA 30907

Stout Textiles
3050 Trewightown Rd.
Colmar, PA 18915

Summer Classics
1308 Morehead St.
Charlotte, NC 28208

Sunbelt Furniture Xpress
3255 20th Ave.
Hickory, NC 28602

Sunfield, Inc.
3525 Iron Horse Rd. #106
Ladson, SC 29456

Surya
1 Surya Dr.
White, GA 30184

Susan B. Shaw, Esq.
945 Paces Ferry Rd., Suite 2750
Atlanta, GA 30326

Swavelle Mill Creek
9550 William Aiken Ave
Ladson, SC 29456

Telco
1070 St. Andrews Blvd
Charleston, SC 29407

Tempo Fabrics
2130 Brevard Rd.
High Point, NC 27263

Textile Fabric Associates, LLC
15 E 26th St. Floor 2
New York, NY 10010

TForce Freight
P.O. Box 650690
Dallas, TX 75265

The Commercial Collection Corp of NY, INC
34 Seymour st.
Tonawanda, NY 14150

Thibaut
1095 Morris Ave., Suite 450
Union, NJ 07083

TNT Sales
113 Belton Dr.
Spartanburg, SC 29301

Trace M. Dillon Esq.
The Dillon Law Firm P.C.
P.O. Box 1850
Tallevast, FL 34270

Trevi Fabrics
2110 Dunmore Ct.
High Point, NC 27263

Trivantage, LLC
1831 N. park Ave. Building 2
Burlington, NC 27217

TSC Designs
1851 9th Ave. NE.
Hickory, NC 28601

U.S. Small Business Administration
SBA Disaster Loan Service Center
2 North 20th Street, Suite 320
Birmingham, AL 35203

United Fabrics Inc.
9115 Pennsauken Hwy
Pennsauken, NJ 08110

United Supply Co.
P.O. Box 890276
Charlotte, NC 29289

UPS
P.O. Box 30549
Charleston, SC 29417

US Small Business Administration
409 3rd Street SW
Washington, DC 20416

Uttermost Company
3325 Grassy Hill Rd.
Rocky Mount, VA 24151

Valdese Weavers, LLC
1000 Perkins Rd. SE.
Valdese, NC 28690

Vision Fabrics
305 W. High Ave.
High Point, NC 27260

Wallquest, Inc
465 Devon Park Dr.
Wayne, PA 19087

WOW Business
P.O. Box 4350
Carol Stream, IL 60197

York Wallcoverings Inc
P.O. Box 736508
Dallas, TX 75373

York Wallcoverings, LLC
750 Linden Ave.
York, PA 17404

United States Bankruptcy Court

District of South Carolina

In re:  Jonathan Mark Flanary                                  Case No.  23-01322

                                                                Chapter   13

                    Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____05/31/2023_____          /s/ Jonathan Mark Flanary
                                      _____
                                      Signature of Debtor


                                      _____
                                      Signature of Joint Debtor

Luxury Flooring, LLC

## United States Bankruptcy Court
### South Carolina

In re: Jonathan Flanary

Case No. 23-01322

Chapter 13

Debtor(s)

## BUSINESS INCOME AND EXPENSES

**Gross Monthly Income**          $ 19,738.91

**Business Expenses**

| | |
|---|---|
| Cost of goods sold | 13,338.48 |
| Advertising | 454.09 |
| Car and truck expenses | 0.00 |
| Fees | 118.65 |
| Depreciation | |
| Employee benefits | |
| Insurance | 0.00 |
| Interest | |
| Legal and professional | 0.00 |
| Office expense | 5.30 |
| Pension and profit sharing | |
| Rent | 1,718.04 |
| Other leases | |
| Repairs | 10.21 |
| Maintenance | |
| Supplies | 0.00 |
| Taxes and licenses | |
| Travel, meals, etc | 115.01 |
| Utilities | 48.87 |
| Other Subcontractor | 0.00 |
| South State Loan | 236.83 |
| Allision Flanary's share | 1,846.72 |

**Total Expenses**          $ 17,892.20

**Net Monthly Income**          $ 1,846.71

Sadie's Fabric Empire, LLC

## United States Bankruptcy Court
### South Carolina

In re: Jonathan Flanary

Case No. 23-01322

Chapter 13

Debtor(s)

# BUSINESS INCOME AND EXPENSES

**Gross Monthly Income**                    $ 6,272.95

**Business Expenses**

|  |  |
|---|---|
| Cost of goods sold | 1,293.30 |
| Advertising | |
| Car and truck expenses | |
| Fees | |
| Depreciation | |
| Employee benefits | |
| Insurance | |
| Interest | |
| Legal and professional | |
| Office expense | |
| Pension and profit sharing | |
| Rent | |
| Other leases | |
| Repairs | |
| Maintenance | |
| Supplies | |
| Taxes and licenses | |
| Travel, meals, etc | |
| Utilities | |
| Other  Commission Paid | 1,411.36 |
| eBay Fees | 2,158.35 |
| Allision Flanary's share | 704.97 |

**Total Expenses**                         $ 5,567.98

**Net Monthly Income**                     $ 704.97