**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO: 23-01322-eg |
| Jonathan Mark Flanary | ) |
| | ) CHAPTER 13 |
| DEBTOR. | ) |
| | ) |

## NOTICE OF OPPORTUNITY TO OBJECT AND CONFIRMATION HEARING

The debtor in the above captioned case filed a chapter 13 plan on August 11, 2023. The plan is attached, or will be separately mailed to you by the debtor.

**Your rights may be affected by the plan.** You should read the plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

Any objection to confirmation of the chapter 13 plan must be filed with the Court at 1100 Laurel Street, Columbia, SC 29201-2423 and served on the chapter 13 trustee, the debtor, and any attorney for the debtor at least 7 days prior to the confirmation hearing. Objections to confirmation may be overruled if the objecting party fails to appear and prosecute the objection. If no objection is timely filed, the plan may be confirmed on recommendation of the trustee.

The confirmation hearing will be held on October 19, 2023, at 10:00 a.m., Location: 145 King Street, Room 225, Charleston, SC 29401.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the plan and may enter an order confirming the plan.

Date: 8/11/23

Respectfully Submitted,

Robert R. Meredith, Jr., DC ID #6152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Attorneys for Debtor/Movant
Meredith Law Firm, LLC
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
Phone: 843-529-9000
Fax:    843-529-9907

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                         )
                                               )    CASE NO: 23-01322-eg
Jonathan Mark Flanary                          )
                                               )    CHAPTER 13
                    DEBTOR.                    )
_____)

## CERTIFICATE OF SERVICE

The above-signing parties certify that the foregoing Notice of Plan Modification Before Confirmation, Amended Plan and Motions was served on all creditors and parties in interest entitled to such notice on the above stated date. The specific list of names and addresses of parties served with this plan is attached to the plan filed with the Court.

**VIA US MAIL**
(see attached list)

**ELECTRONICALLY**
James M. Wyman
Chapter 13 Trustee
P.O. Box 997
Mt. Pleasant, SC 29465-0997

US Trustee's Office
1835 Assembly Street, Suite 953
Columbia, SC 29201

Date: 8/11/23

/s/ Kristen E. Buck
Kristen E. Buck, Legal Assistant to
Robert R. Meredith, Jr., DC ID #6152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Attorneys for Debtor/Movant
Meredith Law Firm, LLC
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
Phone: 843-529-9000
Fax:   843-529-9907

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 23-01322-eg<br>District of South Carolina<br>Charleston<br>Fri Aug 11 10:24:29 EDT 2023 | A.G. Adjustments, LTD<br>740 Walt Whitman Rd.<br>Melville, NY 11747-2212 | ABC/Amega<br>500 Seneca St. Suite 503<br>Buffalo, NY 14204-1963 |
| Abercrombia Textiles<br>3400 US 211A<br>Cliffside, NC 28024 | Aff Group<br>101 Groce Rd.<br>Lyman, SC 29365-1739 | Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 300001<br>Greenville TX 75403-3001 |
| Allison Flanary<br>1609 Diddy Dr.<br>Mount Pleasant, SC 29464-9498 | Allison M. Flanary<br>1609 Diddy Dr.<br>Mount Pleasant, SC 29464-9498 | Altus Receivables Management<br>2121 Airline Dr., Suite 520<br>Metairie, LA 70001-5987 |
| American Custom Finishing<br>2830 US Hwy 70 SE.<br>Hickory, NC 28602-8691 | American Express<br>PO Box 981540<br>El Paso, TX 79998-1540 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Bella Home Furnishings<br>115 W Willis St.<br>Prescott, AZ 86301-3009 |
| Belle Maison<br>89-50 127th Street<br>Richmond Hill, NY 11418-3323 | Brian D. Kurtz, Pc<br>P.O. Box 2046<br>Mount Pleasant, SC 29465-2046 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Capris Furniture<br>1401 NW 27th Ave.<br>Ocala, FL 34475-4723 | Central Square at Watermark Apartments<br>attn: Central Square Holdings, LLC<br>1280 Appling Dr.<br>Mt. Pleasant SC 29464-4879 | Charleston County Delinquent Tax<br>4045 Bridgeview Dr.<br>North Charleston, SC 29405-7464 |
| Charleston County Family Court<br>100 Broad Street<br>Suite 143<br>Charleston, SC 29401-2210 | Charleston County Revenue Collections<br>4045 Bridgeview Drive<br>North Charleston, SC 29405-7464 | Charleston County Treasurer<br>4045 Bridgeview Drive<br>North Charleston, SC 29405-7464 |
| Charlotte Fabrics<br>3101 Louisiana Ave. N<br>Minneapolis, MN 55427-2918 | Christopher J. Neeson, Esq.<br>P.O. Box 90260<br>Indianapolis, IN 46290-0260 | Classical Elements, LLC<br>P.O. Box 1189<br>High Point, NC 27261-1189 |
| Covington Fabrics & Design, LLC<br>P.O. Box 603467<br>Charlotte, NC 28260-3467 | Credit International Corporation<br>P.O. Box 1268<br>Bothell, WA 98041-1268 | Credit International Corportation<br>P.O. Box 1268<br>Bothell, WA 98041-1268 |

Crypton Inc.
513 Crypton Dr.
Kings Mountain, NC 28086-2096

Curio Brands
1010 Lynn Ln. #3963
Starkville, MS 39759-3963

Department of Education/Aidvantage
PO Box 9635
Wilkes Barre, PA 18773-9635

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

Distincitive Delivery Service, LLC
1811 Indigo Market Dr. Suite 205
Mount Pleasant, SC 29464-5906

Dominion Energy
PO Box 100255
Columbia, SC 29202-3255

Dovetail Furniture
14000 S. Figueroa St.
Los Angeles, CA 90061-1030

Drapery Boutique, Inc
211 Johnson St.
Haw River, NC 27258-9805

EGS Financial Care, Inc.
2085 Lynnhaven Pkwy.
Ste 106-601
Virginia Beach, VA 23456-1497

Eastern Accents
4201 Belmont Ave.
Chicago, IL 60641-4621

Edward R. Flannary
1 Norman Place
Greenville, SC 29615-6077

Elk Group International
12 Willow Ln.
Nesquehoning, PA 18240-1228

F. Shumacher & Co.
979 3rd Ave. #832
New York, NY 10022-1234

Fabricut
9303 East 46th St.
Tulsa, OK 74145-4895

Fibreworks
2301 Brennen Business Court
Louisville, KY 40299-2562

Allison Flanary
c/o Markham Law Firm, LLC
PO Box 101
Mount Pleasant, SC 29465-0101

Jonathan Mark Flanary
1232 Kruger Avenue
Charleston, SC 29407-6661

Gabby Home
3140 Pelham Parkway
Pelham, AL 35124-2022

(p)GLOBAL TEXTILE ALLIANCE INC
ATTN RICH ROPER
2361 HOLIDAY LOOP ROAD
REIDSVILLE NC 27320-8684

Golding Fabrics Inc.
1215 Sturbridge Avenue
High Point NC 27262-7333

Gulfstream Communications
P.O. Box 1794
Mount Pleasant, SC 29465-1794

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUS
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd, suite 450
Alpharetta, GA 30004-3873

Hamilton Fabric Sales
629 Southwest St.
High Point, NC 27260-8108

Elizabeth R. Heilig
Meredith Law Firm, LLC
4000 Faber Place Drive
Suite 120
North Charleston, SC 29405-8585

Hooker Furnishings Corp
P.O. Box 4404535
Atlanta, GA 30384-0001

IDC Trim & Upholstry Supplies
1340 S. Danzler Rd.
Duncan, SC 29334-9316

Illerom Trading, Inc.
11576 Pierson Rd.
West Palm Beach, FL 33414-8767

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTUIT INC C O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808-1674

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jaipur Living
1800 Cherokee Pkwy
Acworth, GA 30102-1619

King Textiles, LLC
400 Interstate Dr.
High Point, NC 27263-3161

Kravet Inc.
250 Crossways Park Drive
Woodbury NY 11797-2015

Lino Textil, LLC
270 W. 39th Street,
16th Floor
New York, NY 10018-4409

Lyon Collection Services Inc
7924 West Sahara Ave.
Las Vegas, NV 89117-1990

MSS Solutions, LLC
P.O. Box 538178
Atlanta, GA 30353-8178

Magitex Decor
2791 NW 82nd Ave.
Miami, FL 33122-1074

Magnolia Companies
P.O. Box 67
Belden, MS 38826-0067

Sean P. Markham
Markham Law Firm, LLC
P.O. Box 101
Mount Pleasant, SC 29465-0101

Michael Kevin McCarrell
Fox Rothschild LLP
2 West Washington Street
Suite 1100
Greenville, SC 29601-2784

Joshua Ryan McGlone
Brock and Scott, PLLC
3825 Forrestgate Dr.
Winston Salem, NC 27103-2930

Robert R. Meredith Jr.
4000 Faber Place Drive
Suite 120
N. Charleston, SC 29405-8585

Michael Kennedy
Lincoln & Morgan
600 W. Broadway, Suite 700
San Diego, CA 92101-3370

Michell Fabrics
3532 Coleman Ct., Ste C
Lafayette, IN 47905-4455

Mitchell Fabrics LLC
3532 Coleman Ct
Lafayette, IN 47905-4455

Mitel
1146 North Alma School Rd.
Mesa, AZ 85201-3000

New Home Charleston
P.O. Box 22573
Charleston, SC 29413-2573

Number One Textiles, LTD
DBA Le Grande Collection/ Homesilk
13202 89th Ave., Suite 215
Richmond Hill, NY 11418-2804

ODK Capital, LLC
1400 Broadway
New York, NY 10018-5300

ODK Capital, LLC DBA OnDeck
4700 W Daybreak Pkwy. Suite 200
South Jordan, UT 84009-5133

P/K Lifestyles
3 Park Ave
New York, NY 10016-5902

P/Kauffman
440 York Southern Rd.
Fort Mill, SC 29715-9776

PHH Mortgage Corporation
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

PHH Mortgage Services
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409-6493

Rays Reliable Movers
4975 Lacross Rd.
Suite 153
Charleston, SC 29406-6566

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029

Rene Dukes Esq.
Saxton & Stump
151 Meeting St., Suite 400
Charleston, SC 29401-2239

Rioma Inc.
315 Old Thomasville. Rd
High Point, NC 27260-8190

Rosenthal & Rosenthal, Inc
1370 Broadway
New York, NY 10018-7399

Rosenthal & Rosenthal, Inc.
1370 Broadway, 3rd. Floor
New York, NY 10018-7399

Rowe Furniture
P.O. Box 931028
Atlanta, GA 31193-1028

SC Department of Revenue
Office of the General Counsel Bankruptcy
300A Outlet Pointe Blvd
Columbia, SC 29210-5666

Sattler Corp
447 Main St.
Hudson, NC 28638-2329

Shelba Johnson Trucking/ Brooks Furniture Xp
1640 Blair St.
Thomasville, NC 27360-8808

Sherrill Furniture Co.
2405 Highland Ave. NE
Hickory, NC 28601-8164

Simply Yours Interiors
1260 Blls Hwy
Walterboro, SC 29488-2512

Skeen Decorative Fabrics
1220 W. Market Center Dr.
High Point, NC 27260-8236

South Carolina Child Support Enforcement
PO Box 1469
Columbia, SC 29202-1469

South Carolina Department of Revenue
Office of the General Counsel- Bankruptc
300A Outlet Pointe Blvd
Columbia, SC 29210-5666

South State Bank N.A.
P.O. Box 6335
Fargo, ND 58125-6335

SouthState Bank N.A.
Attn: Bankruptcy
PO Box 1900
Cornelia, GA 30531-7900

SouthState Bank, N.A.
c/o FOX ROTHSCHILD LLP
M. Kevin McCarrell
2 West Washington Street
Suite 1100
Greenville, SC 29601-2784

Southeastern Freight Lines, Inc
P.O. Box 100104
Columbia, SC 29202-3104

Spring Creative
300 Chatham Ave. #100
Rock Hill, SC 29730-5395

Stellar Slip Covers and Soft Furnishings
104 S. Belair Rd., Suite 8
Augusta, GA 30907-9153

Stout Textiles
3050 Trewightown Rd.
Colmar, PA 18915-9733

Summer Classics
1308 Morehead St.
Charlotte, NC 28208-5216

Sunbelt Furniture Xpress
3255 20th Ave.
Hickory, NC 28602

Sunfield, Inc.
3525 Iron Horse Rd. #106
Ladson, SC 29456-4331

Surya
1 Surya Dr.
White, GA 30184-2605

Susan B. Shaw, Esq.
945 Paces Ferry Rd., Suite 2750
Atlanta, GA 30326-1305

Swavelle Mill Creek
9550 William Aiken Ave
Ladson, SC 29456-4312

TForce Freight
P.O. Box 650690
Dallas, TX 75265-0690

TNT Sales
113 Belton Dr.
Spartanburg, SC 29301-4302

TSC Designs
1851 9th Ave. NE.
Hickory, NC 28601-4209

Telco
1070 St. Andrews Blvd
Charleston, SC 29407-7175

Tempo Fabrics
2130 Brevard Rd.
High Point, NC 27263-1704

Textile Fabric Associates, LLC
15 E 26th St. Floor 2
New York, NY 10010-1536

The CIT Group/ Commercial Services
134 Wooding Ave.
Danville, VA 24541-3763

| | | |
|---|---|---|
| The Commercial Collection Corp of NY, INC<br>34 Seymour st.<br>Tonawanda, NY 14150-2126 | Thibaut<br>1095 Morris Ave., Suite 450<br>Union, NJ 07083-7170 | Trace M. Dillon Esq.<br>The Dillon Law Firm P.C.<br>P.O. Box 1850<br>Tallevast, FL 34270-1850 |
| Trevi Fabrics<br>2110 Dunmore Ct.<br>High Point, NC 27263-1620 | Trivantage, LLC<br>1831 N. park Ave. Building 2<br>Burlington, NC 27217-1137 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 |
| U.S. Small Business Administration<br>SBA Disaster Loan Service Center<br>2 North 20th Street, Suite 320<br>Birmingham, AL 35203-4002 | UPS<br>P.O. Box 30549<br>Charleston, SC 29417-0549 | US Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416-0005 |
| United Fabrics Inc.<br>9115 Pennsauken Hwy<br>Pennsauken, NJ 08110-1287 | United Supply Co.<br>P.O. Box 890276<br>Charlotte, NC 28289-0276 | Uttermost Company<br>3325 Grassy Hill Rd.<br>Rocky Mount, VA 24151-3911 |
| Valdese Weavers, LLC<br>1000 Perkins Rd. SE.<br>Valdese, NC 28690-9749 | Vision Fabrics<br>305 W. High Ave.<br>High Point, NC 27260-4950 | WOW Business<br>P.O. Box 4350<br>Carol Stream, IL 60197-4350 |
| Wallquest, Inc<br>465 Devon Park Dr.<br>Wayne, PA 19087-1871 | James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465-0997 | York Wallcoverings Inc<br>P.O. Box 736508<br>Dallas, TX 75373-6508 |
| York Wallcoverings, LLC<br>750 Linden Ave.<br>York, PA 17404-3373 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Global Textile Alliance<br>2361 Holiday Loop<br>Reidsville, NC 27320 | Intuit Payment Solutions<br>2700 Coast Ave<br>Mountain View, CA 94043 | JP Morgan Chase Bank<br>Po Box 15369<br>Wilmington, DE 19850 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.