**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO: 23-01322-eg** |
| Jonathan Mark Flanary | ) | |
| | ) | **CHAPTER 13** |
| DEBTOR. | ) | |
| | ) | |

**CONSENT ORDER AND MOTION TO CONTINUE CONFIRMATION HEARING**

THIS MATTER comes before the court upon the request of Allison Flanary, and the Debtor, for an Order continuing the scheduled confirmation hearing from August 17, 2023, to October 19, 2023. The parties have made this request to allow the Debtor and his Spouse, a creditor in interest in the matter, to attempt to resolve and address their issues prior to a confirmation. The parties further requested that the court reset the requirement that the parties file a Joint Statement of Dispute so that such pleading is filed on or before October 17, 2023 at 10:00 am.

The Debtor and his Wife are currently involved in active divorce litigation that has yet to be concluded and the Debtor's spouse has filed numerous claims asserting obligations which arise from the divorce litigation and may be in the nature of claims which the Debtor must pay from his bankruptcy. As such Allison Flanary filed an objection to the confirmation of the Debtor's bankruptcy plan, the Debtor has filed an amended plan as well as an objection to the claims of Allison Flanary. The parties need time to discuss these complex issues as well as work towards getting back to family court to adjudicate these issues and have agreed to a continuance so that they can complete a business valuation which has taken more time than anticipated. The Parties informed the Court that they were unable to hire the first expert and are now attempting to hire a second expert for this valuation. Additionally, Ms. Flanary, through counsel, indicated that she suffered a death in the family during this period and counsel has had difficulty communicating with her.

As such, the Debtor and his Spouse have come to an agreement to file this motion and consent order to seek a continuance of their issues scheduled for August 17, 2023 to allow the parties more time to work towards a resolution of the objection to the confirmation of the plan filed by Allison Flanary.

**Therefore it is** ORDERED that the confirmation hearing set for August 17, 2023 is continued to October 19, 2023 at 10:00 am and a joint statement of dispute is due from the parties on or before October 17, 2023 at 10:00am.

**IT IF FURTHER ORDERED** that this continuance does not continue the objection of the Chapter 13 Trustee, which is scheduled for August 17, 2023.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**08/15/2023**

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 08/15/2023

**WE SO MOVE AND CONSENT:**

/s/ Elizabeth R. Heilig
Robert R. Meredith, Jr. DC ID #6152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Meredith Law Firm, LLC
Attorneys for Debtor
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
843-529-9000
843-529-9907 (f)


/s/ Sean Markham
**Markham Law Firm, LLC**
/s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for Allison Flanary
P.O. Box 101
Mount Pleasant, SC 29465-0101
Tel: 843-284-3646
sean@markhamlawsc.com